Roberto Francisco RAMOS–PEREZ, aka Juan Gervacio, aka Juan Gervacio Lucas, Petitioner,

v.

Loretta E. LYNCH, Attorney General, Respondent.

No. 14–72697.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 9, 2015.*

Decided Dec. 15, 2015.

Marco A. Jimenez, Jimenez Law Office, Corona, CA, for Petitioner.

Jeffrey Ronald Meyer, Esquire, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

MEMORANDUM **

Roberto Francisco Ramos–Perez, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for voluntary departure. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law and constitutional claims, *Mohammed v. Gonzales,* 400 F.3d 785, 791–92 (9th Cir.2005), and we deny the petition for review.

Ramos–Perez' contention that the agency erred and violated due process in allegedly pretermitting or denying his application for cancellation of removal is without merit. The record establishes that Ramos–Perez failed to apply for cancellation of removal and conceded through counsel that he was ineligible for such relief due to his 2002 conviction under Cal.Penal Code § 273.5(a). *See Carrillo v. Holder,* 781 F.3d 1155, 1157–60 (9th Cir.2015) (Cal.Penal Code § 273.5(a) (2002) is categorically a crime of domestic violence under 8 U.S.C. § 1227(a)(2)(E)(i)); *Lata v. INS,* 204 F.3d 1241, 1246 (9th Cir.2000) (to prevail on a due process challenge, an alien must show error and prejudice).

PETITION FOR REVIEW DENIED.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.